UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:22-cv-01270-KKM-AEP

WINDY LUCIUS,

    Plaintiff,

v.

ON SWANN, LLC

    Defendant.
_____/

## NOTICE OF SETTLEMENT FOR ALL PARTIES

Plaintiff, WINDY LUCIUS ("Plaintiff"), hereby files this Notice of Settlement, and informs the Court as follows:

1. Plaintiff has reached an agreement with Defendant, ON SWANN, LLC ("Defendant") to resolve her claims against them.

2. The parties are in the process of finalizing a confidential settlement agreement, and Plaintiff will be filing a Stipulation of Dismissal with the Court shortly.

Respectfully submitted,

*/s/ J. Courtney Cunningham*
J. Courtney Cunningham, Esq.
J. COURTNEY CUNNINGHAM, PLLC
FBN: 628166
8950 SW 74th Court, Suite 2201
Miami, FL 33156
T: 305-351-2014
cc@cunninghampllc.com

2

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on July 11, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.

                                        */s/ J. Courtney Cunningham*
                                        J. Courtney Cunningham, Esq.